# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                          Plaintiff    )

vs.                )

Elsa Valenzuela-Arellano,   )
                     et al.    )
              Defendant(s)    )

CRIMINAL NO. 08 MJ 1282

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Stormes**.

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Jesus Magallon-Berrospe**

DATED: 5-8-08

**Nita L. Stormes**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

RECEIVED _____ DUSM

W. SAMUEL HAMRICK, JR.   Clerk

by _____
Deputy Clerk

☆ U.S. GPO: 2003-581-774/70082