RECEIVED
U.S. MARSHAL
SOUTHERN DIST.
CALIFORNIA

2008 MAY 15 P 4: 16

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )
                                        )
              Plaintiff                 )     CRIMINAL NO. _08CR1573-DMS_
                                        )
                                        )          ORDER
      vs.                               )
                                        )     RELEASING MATERIAL WITNESS
                                        )
  Elsa Valenzuela-Arellano              )
              Defendant(s)  et al       )     Booking No.
                                        )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore

committed to the custody of the United States Marshal as a material witness be

released from custody:    (Bond Posted / Case Disposed / Order of Court).

Salvador Avila-Gutierrez

DATED: ___5/15/08___

**NITA L. STORMES**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____                          OR
                DUSM

                                    W. SAMUEL HAMRICK, JR.   Clerk

                                        by _____
                                                Deputy Clerk